UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80028-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**GUISEPPE SANTOS,**
    **Defendant.**
_____/

## ORDER GRANTING MOTION FOR A REDUCTION OF SENTENCE AND AMENDING THE JUDGMENT ORDER

**THIS CAUSE** come before the court upon motion from the plaintiff, United States of America, for a reduction of sentence based on substantial assistance, pursuant to Rule 35, Federal Rules of Criminal Procedures. The court reviewed the records and on August 28, 2008, conducted a hearing. Being fully advised in the premises, it is

**ORDERED** and **ADJUDGED** that:

1. The motion for a reduction of sentence is **granted**.

2. That portion of the sentence, imposed on July 14, 2008, committing the above named defendant to the custody of the United States Bureau of Prisons for a term of 41 months, is hereby **amended** by reducing the term of imprisonment to 20 months.

3. The Judgment Order shall be amended to read as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 20 months as to Count ONE of the One-Count Indictment.

4. All remaining terms and conditions of the Judgment Order shall remain in effect.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __28__ day of August, 2008.

**copy furnished**:
AUSA Edward Nucci
Gregg S. Lerman, Esq.
United States Marshal Service
United States Probation Office
United States Bureau of Prisons

_____
Daniel T. K. Hurley
United States District Judge